No. 15,773.

OTTE *v.* PIERCE.
(178 P. [2d] 676)

Decided February 24, 1947.    Rehearing denied March 31, 1947.

On motion of defendant in an action for divorce to hold plaintiff in contempt for his failure to pay her temporary alimony as ordered by the court. Motion denied. Affirmed en banc without written opinion.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. EDWARD H. SHERMAN, for defendant in error.